UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MYFREEMEDICINE.COM, LLC, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 2:08-CV-000362-JAW ) |
| GRAHAM WEAVER, et al., | ) ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 31, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendants' Motion to Compel Arbitration and for a Stay is DENIED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 23rd day of November, 2010