**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **MYFREEMEDICINE.COM, LLC, and GEOFFREY J. HASLER,** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **Civil Action Docket No. 08-CV-362-JAW** |
| **GRAHAM WEAVER, WILLIAM T. MAGUY, and WILLIAM M. ADAMS,** | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL

NOW COME the parties to the above-captioned matter, by and through their respective undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a) hereby acknowledge that their disputes have been settled and do hereby stipulate to the dismissal of the First Amended Complaint with prejudice, each party bearing its own costs and attorneys fees:

DATED: 01/17/2012

/s/ Joseph H. Groff III
Joseph H. Groff, III
Attorney for Plaintiffs

Jensen Baird Gardner & Henry
10 Free Street, P.O. Box 4510
Portland, ME 04112
(207) 775-7271

DATED: 01/16/12

/s/ Daniel J. Mitchell
Daniel J. Mitchell
Attorney for Defendants

Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200